IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BOBBY WAYNE LINSCOME, #1127000,** | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. **3:06-CV-222-L** |
| **NATHANIEL QUARTERMAN, Director** **Texas Department of Criminal Justice,** **Correctional Institutions Division,** | § § § § § | |
| Respondent. | § § | |

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On March 21, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. Petitioner Bobby Wayne Linscome ("Linscome") filed Petitioner Linsome's Objections to Findings, Conclusions and Recommendation of the United States Magistrate Judge on April 5, 2007.

After making an independent review of the pleadings, file and record in this case, the findings and conclusions of the magistrate judge, and considering Linscome's objections, the court determines that the findings and conclusions of the magistrate judge are correct. The magistrate judge concluded that Linscome's claim of ineffective assistance of counsel lacks merit, and his claims that his sentence was illegal and that he is actually innocent are procedurally barred. Linscome has raised multiple points through his objections that the court finds nonsensical, and utterly without merit, including a claim of a "conflict of interest" against the magistrate judge for,

among other things, failing to inform him that Respondent's name was not Douglas Dretke, but Nathaniel Quarterman. As the court determines that the magistrate judge's findings and conclusions are correct, and finds none of Linscome's objections has merit, the findings and conclusions are **accepted** as those of the court, and Linscome's objections are **overruled**. Accordingly, Linscome's petition for the writ of habeas corpus is **denied**. This case is hereby **dismissed with prejudice**.

**It is so ordered** this 27th day of April, 2007.

Sam A. Lindsay
United States District Judge